IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DEBRA SALMANS, MICHAEL WEINER, PATRICIA BACHMANN, DIANE PIKLOR, and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:12-CV-03452 |
| V. | § § § | |
| BYRON UDELL & ASSOCIATES, INC. d/b/a ACCUQUOTE, | § § § | |
| Defendant. | | |

**ORDER**

Pending before the Court is Plaintiff Michael Pinto's Unopposed Motion to Dismiss His Claims With Prejudice. The Court GRANTS Plaintiff Michael Pinto's motion.

Accordingly, Plaintiff Michael Pinto's claims against Defendant Byron Udell & Associates, Inc. d/b/a AccuQuote are DISMISSED with prejudice, and he is no longer a party to this lawsuit.

SIGNED the __26th__ day of _____February_____, 2013.

_____
UNITED STATES DISTRICT JUDGE

Hon. John J. Tharp, Jr.